Exhibit 4

Classified Declaration Filed *Ex Parte*, *In Camera*, And Under Seal