IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18-CR-158 |
| Plaintiff, | : | (Judge Walter H. Rice) |
| v. | : | |
| | | MOTION FOR PRODUCTON OF |
| NASER ALMADAOJI | : | 404(b) MATERIAL |
| Defendant. | : | |

Now comes the Defendant, Naser Almadaoji, by and through counsel, and respectfully moves this Court, pursuant to Rule 404(b) of the Federal Rules of Evidence, as well as the Due Process and Effective Assistance of Counsel provisions of the Fifth and Sixth Amendments to the Constitution, to require the Government to disclose all allegedly similar crimes, wrongs or acts allegedly committed by Defendant on which it intends to rely at trial to prove motive, scheme, opportunity, intent, preparation, plan, knowledge, identity or absence of mistake, at least fourteen days prior to trial.

F.R.E. 404(b) requires reasonable notice in advance of trial of the general nature of any "other crimes" evidence the Government intends to introduce at trial. The purpose of the pretrial notice requirement of Rule 404(b) is "to reduce surprise and promote early resolution on the issue of admissibility." Fed.R.Evid. 404(b) (Notes of Senate Committee on the Judiciary on the 1991 Amendment). While Rule 404(b) provides neither a specific time of notice nor a specific form of notice, the advisory committee notes to the 1991 amendment make clear that the time

and form of disclosure depend largely on the circumstances of the particular case. *See also,* *United States v. Blount,* 502 F.3d 674 (7th Cir. 2007) (citing Fed. R. Evid. 404(b) advisory committee's note (1991); *United States v. Carrasco,* 381 F.3d 1237, 1241 (11th Cir. 2004) (*per curiam*); *United States v. Vega,* 188 F.3d 1150, 1152-55 (9th Cir. 1999). Without notice, Rule 404(b) evidence is inadmissible. *Blount,* 502 F.3d at 677. Accordingly, Defendant requests that this Court enter an order requiring the government to disclose the following particulars of any "other crimes" evidence:

a. The dates, times, places and persons involved in the crimes, wrongs, or other acts;

b. A detailed description of any crimes, wrongs, or acts;

c. The statements of each participant in any other crimes, wrongs, or acts;

d. The documents which contain evidence of any other crimes, wrongs or acts, including a statement describing when the documents were prepared, by whom the documents were prepared, and who has had possession of the documents since the alleged commission of the crimes, wrongs or acts; and

e. A statement of the issue or issues to which the Government believes such other crimes, wrongs, or acts evidence may be relevant under the Fed. R. Evid. 404(b).

This request includes evidence that the Government intends to use in any fashion whatsoever, including, but not limited to, use in cross-examination, rebuttal and/or its case-in-chief.

Counsel requests, therefore, that he be provided with notice of the Government's intend to rely on 404(b) evidence fourteen days in advance of trial.

Respectfully submitted,


/s/ James P. Fleisher
James P. Fleisher (0059509)
BIESER, GREER & LANDIS, LLP
6 North Main Street, Suite 400
Dayton, OH 45402-1908
PHONE:    (937) 223-3277
FAX:    (937) 223-6339
E-MAIL:    jpf@biesergreer.com

Attorney for Defendant, Naser Almadaoji


## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2020, I filed the foregoing document with the Clerk of Courts, United States District Court, Southern District of Ohio, by way of the Court's CM/ECF system.


/s/ James P. Fleisher
JAMES P. FLEISHER

2900.218270.\ 787590.1

3