IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18-CR-158 |
| Plaintiff, | : | (Judge Walter H. Rice) |
| v. | : | |
| | | MOTION FOR EARLY |
| NASER ALMADAOJI | : | JENCKS MATERIAL |
| Defendant. | : | |

Now comes the Defendant, Naser Almadaoji, by and through counsel, and respectfully moves this Court to require the Government to release to the Defendant's counsel all *Jencks* material as soon as possible, but not later than fourteen days prior to the commencement of trial.

The Sixth Circuit encourages the distribution of *Jencks* material well before trial:

> While technically the government may withhold Jencks Act material until the conclusion of the direct examination of the witness, the better practice – and that followed by most federal courts today – is for the government to produce such material well in advance of trial so that the defense counsel may have an adequate opportunity to examine that which is not in dispute and the court may examine the rest *in camera*, usually in chambers.

*United States v. Minsky*, 963 F.2d 870, 876 (6th Cir. 1992).

Since there is no particularized need for secrecy prior to the trial of the present case and since early dissemination of *Jencks* material will ensure that the trial of the case proceeds without undue interruptions, the Defendant respectfully requests advance disclosure of *Jencks* material.

Respectfully submitted,


/s/ James P. Fleisher
James P. Fleisher (0059509)
BIESER, GREER & LANDIS, LLP
6 North Main Street, Suite 400
Dayton, OH 45402-1908
PHONE:          (937) 223-3277
FAX:            (937) 223-6339
E-MAIL:         jpf@biesergreer.com

Attorney for Defendant, Naser Almadaoji


## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2020, I filed the foregoing document with

the Clerk of Courts, United States District Court, Southern District of Ohio, by way of the

Court's CM/ECF system.


/s/ James P. Fleisher
JAMES P. FLEISHER

2900.218270.\ 787580.1

2