IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18-CR-158 |
| Plaintiff, | : | (Judge Walter H. Rice) |
| v. | : | |
| | | MOTION TO COMPEL GOVERNMENT |
| NASER ALMADAOJI | : | TO PROVIDE DEFENDANT WITH |
| | | EXHIBIT AND WITNESS LIST BEFORE |
| Defendant. | : | TRIAL |

Defendant, Naser Almadaoji, by and through counsel, respectfully moves this Court for an Order requiring the Government to provide the Defendant a witness and exhibit list at least fourteen days prior to trial. In support of this Motion, the Defendant states as follows:

1. A District Court has discretion to order the prosecution to produce a witness and exhibit list in advance of trial in the appropriate case. *United States v. Kendricks*, 623 F.2d 1165, 1168 (6th Cir. 1980) (holding that the District Court has the discretion to order the prosecution to produce a witness list).

2. To deny this motion would deny the Defendant the opportunity to receive the effective representation of counsel to which he is entitled, given the voluminous discovery and the complexity of this case.

3. The expected presentation of evidence and witnesses by the Government does not appear to include cooperating defendants or cooperating sources who are not agents of the Government. Accordingly, the traditional justification for strict *Jencks Act* protections do not apply here.

Respectfully submitted,

/s/ James P. Fleisher
James P. Fleisher (0059509)
BIESER, GREER & LANDIS, LLP
6 North Main Street, Suite 400
Dayton, OH 45402-1908
PHONE:     (937) 223-3277
FAX:       (937) 223-6339
E-MAIL:    jpf@biesergreer.com

Attorney for Defendant, Naser Almadaoji

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2020, I filed the foregoing document with the Clerk of Courts, United States District Court, Southern District of Ohio, by way of the Court's CM/ECF system.

/s/ James P. Fleisher
JAMES P. FLEISHER

2900.218270.\ 787579.1