IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,                    :

        Plaintiff,                             :

   vs.                                        :     Case No. 3:18cr158

NASER ALMADAOJI,                             :     JUDGE WALTER H. RICE

        Defendant.                             :

---

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

---

| | |
|---|---|
| Date of Scheduling Conference | 6/10/2020 |
| Jury Trial Date | 2/1/2021 |
| Final Pretrial Conference (by telephone) | Monday, 1/25/2021 at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 1/4/2021 |
|    Other Motions | 1/11/2021 |
| Discovery Cut-off | 1/19/2021 |
| Speedy Trial Deadline | 2/1/2021 |
| Discovery out – Plaintiff to Defendant | done |

WALTER H. RICE
UNITED STATES DISTRICT JUDGE