IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18-cr-158 |
| Plaintiff, | : | (Judge Walter H. Rice) |
| v. | : | |
| | | DEFENDANT'S MOTION *IN LIMINE* |
| NASER ALMADAOJI | : | TO PRECLUDE REFERENCES TO THE |
| | | DEFENDANT'S PRETRIAL |
| Defendant. | : | INCARCERATION STATUS |

Now comes the Defendant, Naser Almadaoji, by and through counsel, and respectfully requests that the Court preclude any evidence or reference to Mr. Almadaoji's pretrial incarceration. Any evidence tending to demonstrate that Mr. Almadaoji is in pretrial custody, including but not limited to, visitor logs or jail visit recordings, should be excluded as irrelevant and unduly prejudicial, as well as being improper character evidence. *See*, Fed. R. Evid. 403; 404(a).

Mr. Almadaoji has been incarcerated in the Butler County jail facility since his arrest in October 2018. While the Government's current production of draft trial exhibits does not include evidence of visitor logs or jail call recordings, the introduction of such evidence should be prohibited.

In addition, the Court should take precautions to ensure that the jury does not see Mr. Almadaoji in shackles or other restraints. *See*, *Deck v. Missouri*, 544 U.S. 622, 626 (2005) (Due Process Clause "has long forbidden routine use of visible shackles during the guilt phase" of a

criminal trial). Mr. Almadaoji also requests permission to wear street or dress clothes during trial rather than jail attire. *See, Estelle v. Williams*, 425 U.S. 501, 512 (1976) (Due Process Clause prohibits the Government from "compell[ing] an accused to stand trial before a jury while dressed in identifiable prison clothes").

On these grounds, the Defendant requests that the Court exclude any evidence or testimony showing that Mr. Almadaoji is in pretrial custody. The Defendant further requests that he be permitted to attend trial in normal civilian dress attire.

Respectfully submitted,

/s/ James P. Fleisher
James P. Fleisher (0059509)
BIESER, GREER & LANDIS, LLP
6 North Main Street, Suite 400
Dayton, OH 45402-1908
PHONE:          (937) 250-7783
FAX:              (937) 223-6339
E-MAIL:         jpf@biesergreer.com

***Attorney for Defendant, Naser Almadaoji***

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2021, I filed the foregoing document with the Clerk of Courts, United States District Court, Southern District of Ohio, by way of the Court's CM/ECF system which will send copies of all parties of record.

/s/ James P. Fleisher
JAMES P. FLEISHER (0059509)

2900.218270.\ 864526.1

2