IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18-cr-158 |
| Plaintiff, | : | (Judge Walter H. Rice) |
| v. | : | |
| NASER ALMADAOJI | : | DEFENDANT NASER ALMADAOJI'S REPLY MEMORANDUM IN SUPPORT OF SUPPLEMENTAL MOTION TO |
| Defendant. | : | SUPPRESS EVIDENCE PURSUANT TO THE FOURTH AMENDMENT OF THE |
| | : | UNITED STATES CONSTITUTION |

Now comes the Defendant, Naser Almadaoji, by and through counsel, and states that he stands on the content of his original and Supplemental Motion to Suppress Pursuant to the Fourth Amendment to the United States Constitution. (Docs. 56 and 61). The Supplemental Motion to Suppress should be granted because: (1) there is conflicting evidence from the hearing concerning the source for the Government's discovery of Mr. Almadaoji's e-mail address and messaging application information. If the Court accepts Mr. Almadaoji's testimony as credible, the Government will be introducing evidence at trial that was derived from the search of his cell phone; (2) the search of Mr. Almadaoji's cell phone, even if non-forensic in nature, occurred over the space of almost two hours, admittedly involved the review of several messaging applications, and was more than a simple search for contraband. It was thus improper under the border search exception to the warrant requirements of the Fourth Amendment. Accordingly, the Defendant moves this Court for an Order suppressing all evidence obtained pursuant to the unconstitutional, warrantless seizure and search of this Defendant's cell phone, including all evidence obtained derivative of this warrantless search and seizure.

Respectfully submitted,

/s/ James P. Fleisher
James P. Fleisher (0059509)
BIESER, GREER & LANDIS, LLP
6 North Main Street, Suite 400
Dayton, OH 45402-1908
PHONE:        (937) 250-7783
FAX:             (937) 223-6339
E-MAIL:       jpf@biesergreer.com

***Attorney for Defendant, Naser Almadaoji***

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2021, I filed the foregoing document with the Clerk of Courts, United States District Court, Southern District of Ohio, by way of the Court's CM/ECF system.

/s/ James P. Fleisher
JAMES P. FLEISHER (0059509)

2900.218270.\ 871703.1

2